

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON EMERGENCY MOTION

Appellate case name:    In re San Jacinto College

Appellate case number:    01-21-00180-CV

Trial court case number:    2021-10543

Trial court:    165th District Court of Harris County

Date motion filed:    April 12, 2021

Party filing motion:    Relator


It is ordered that the motion for emergency temporary relief is **denied**. *See* TEX. R. APP. P. 52.10.


Judge's signature: ___/s/ Sherry Radack_____
        ☒  Acting individually

Date:   ___April 14, 2021_____